UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Agustin V. Arbulu, et. al.

           Plaintiff(s),

v.

Metro Home Health Care Network, Inc. et. al

           Defendant(s).
_____/

Case No. 13-cv-13783

Judge  Arthur J. Tarnow

Magistrate Judge  Laurie J. Michelson

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Metro Home Health Care Network, Inc.__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: November 4, 2013

/s/ Wayne Walker

P51290
Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward
Ste. 300
Birmingham, MI 48009
248-642-0333
wew@wwrplaw.com