UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AGUSTIN V. ARBULU, et al.,

       Plaintiffs,                        Case No: 13-13783
                                                      Honorable Arthur J. Tarnow

METRO HOME HEALTH CARE
NETWORK, et al.,

       Defendants.
_____/

**<u>ORDER OF ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY</u>**

On November 27, 2013, the defendants filed a Notice of Bankruptcy and Suggestion of Stay of Proceedings notifying the Court of their filing for Chapter 11 Bankruptcy. A stay of proceedings pursuant to 11 U.S.C. § 362 (a)(1) is in order. The stay may need to remain in effect for a substantial period of time and there appears to be no reason to keep this case open in the interim.

IT IS ORDERED that the Clerk close this case for statistical purposes only. Nothing contained in this order or the related docket entry shall be considered a dismissal or disposition of this matter. Should further proceedings become necessary or desirable, any party may initiate them in the same manner as if this order had not been entered. The Court will then order that the case be reopened.

                                                     s/Arthur J. Tarnow
                                                     ARTHUR J. TARNOW
                                                     SENIOR U.S. DISTRICT JUDGE

DATED: December 9, 2013